DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. ABSHER

No. 64 PC.

Case below: 34 N.C. App. 197.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 December 1977.

STATE v. ALLEN

No. 89 PC.

Case below: 34 N.C. App. 260.

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 December 1977.

STATE v. CHRISTMAS

No. 74 PC.

Case below: 34 N.C. App. 326.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 December 1977.

STATE v. EDMISTEN

No. 10.

Case below: 34 N.C. App. 326.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 December 1977.

STATE v. FULCHER

No. 93 PC.

Case below: 34 N.C. App. 233.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 15 December 1977. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question denied 15 December 1977.